THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. PHILLIP ALLESSI, Appellant.

*People* v. *Allessi*, 160 App. Div. 909, appeal dismissed.
(Submitted June 15, 1914; decided June 18, 1914.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the second
judicial department, entered December 31, 1913, which
affirmed a judgment of the Kings County Court rendered
upon a verdict convicting the defendant of the crime of
assault in the second degree.

The motion was made upon the ground of failure to file
the required return.

*James C. Cropsey, District Attorney,* for motion.

No one opposed.

Motion granted and appeal dismissed.